# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:09cr85

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| CARLTON MAURICE RUFFIN. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Indictment [Doc. 39]. For the reasons stated in the motion, it will be granted.

**IT IS, THEREFORE, ORDERED** that the Defendant's bill of indictment is hereby dismissed without prejudice.

Signed: August 3, 2009

Martin Reidinger
United States District Judge